IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CORRIE BARNES,

    Petitioner,

v.                                                                      3:11cv257-WS

KENNETH S. TUCKER,

    Respondent.

_____

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed April 18, 2012.  See Doc. 41.  The magistrate judge recommends that the respondent's motion to dismiss be granted.  The petitioner has filed objections (doc. 45) to the report and recommendation.

    Having carefully considered the report and recommendation in light of the petitioner's objections, this court has determined that the report and recommendation should be adopted.

    Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

    2.  The respondent's motion to dismiss (doc. 35) is GRANTED.

3.  The petitioner's petition for writ of habeas corpus is DISMISSED WITH PREJUDICE as untimely.

4.  The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

5.  A certificate of appealability is DENIED.

DONE AND ORDERED this   22nd   day of    May   , 2012.


　　　　　　　　　　　　　　　　s/ William Stafford
　　　　　　　　　　　　　　　　WILLIAM STAFFORD
　　　　　　　　　　　　　　　　SENIOR UNITE D STATES DISTRICT JUDGE